

```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480         The following constitutes the order of the court.
3   Oakland, CA 94612              Signed November 5, 2014
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354
                                   _____
5   Attorneys for Debtor           William J. Lafferty, III
6                                  U.S. Bankruptcy Judge
7
8              UNITED STATES BANKRUPTCY COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10  In re:                         Case No. 09-47176 WJL
11  EDDIE ERVINE TRAIL,            Chapter 13
12           Debtor.
                                   JUDGMENT VOIDING THIRD LIEN OF
13                                 BANK OF AMERICA, N.A. AND ITS
                                   SUCCESSORS IN INTEREST
14
    _____/
15
```

On December 10, 2013, this court entered an ORDER VALUING THIRD LIEN OF BANK OF AMERICA, N.A. against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtor obtained a discharge in this chapter 13 case. Debtor having obtained discharge, the court now therefore enters the following judgment:

The third lien of Bank of America, N.A. and its successors in interest regarding the property commonly known as 2350 Galloway Court, Antioch, CA 94031, and which was recorded in Contra Costa County on or

1 | about September 8, 2005 as document 2005-0342866-00, is hereby
2 | determined to be entirely, permanently, and for all purposes void and
3 | unenforceable.

*** END OF ORDER ***

|   | COURT SERVICE LIST |
|---|---|
| 1 | |

Eddie Ervine Trail
2350 Galloway Court
Antioch, CA 94031

Attn: Officer
Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28202

Attn: Officer
Bank of America, N.A.
150 N. College Street
NC1-028-17-06
Charlotte, NC 28255

Attn: Officer
Bank of America, N.A.
C/o C T Corporation System
818 West Seventh Street 2nd Fl
Los Angeles, CA 90017