

```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480         The following constitutes the order of the court.
3  Oakland, CA 94612              Signed November 5, 2014
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354
                                  _____
5  Attorneys for Debtor           William J. Lafferty, III
6                                 U.S. Bankruptcy Judge
7
8                  UNITED STATES BANKRUPTCY COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10 In re:                              Case No. 09-47176 WJL
11 EDDIE ERVINE TRAIL,                 Chapter 13
12              Debtor.
                                       JUDGMENT VOIDING SECOND LIEN
13                                     OF WELLS FARGO BANK, N.A. AND
                                       ITS SUCCESSORS IN INTEREST
14
15 _____/
16
17      On December 10, 2013, this court entered an ORDER VALUING SECOND
18 LIEN OF WELLS FARGO BANK, N.A. against certain property of Debtor for
19 purposes of this chapter 13 case. That order was subject to being set
20 aside until Debtor obtained a discharge in this chapter 13 case.
21 Debtor having obtained discharge, the court now therefore enters the
22 following judgment:
23
24      The second lien of Wells Fargo Bank, N.A. and its successors in
25 interest regarding the property commonly known as 2350 Galloway Court,
26 Antioch, CA 94031, and which was recorded in Contra Costa County on or
```

about July 31, 2003 as document 2003-0373567-00 and was assigned on or about September 4, 2003 through document 2003-0441189-00, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

```
1                           COURT SERVICE LIST
2

3
   Eddie Ervine Trail
4  2350 Galloway Court
   Antioch, CA 94031
5
   Attn: Officer
6  Wells Fargo Bank, NA
   101 N. Phillips Avenue
7  Sioux Falls, SD 57104

8  Attn: Officer
   Wells Fargo Bank, NA
9  C/o CSC - Lawyers Incorporating Service
   2710 Gateway Oaks Drive, Suite 150N
10 Sacramento, CA 95833

11 Attn: Officer
   Wells Fargo Bank, N.A.
12 Home Equity Group
   X2303-01A
13 1 Home Campus
   Des Moines, IA 50328-0001
14

15

16

17

18

19

20

21

22

23

24

25

26
```